# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with Facebook user ID<br>100003002292006 that is stored at premises controlled<br>by Facebook | ) ) ) ) ) ) ) Case No. 18-SW-00047 DPR |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location):*

Information associated with Facebook user ID 100003002292006 that is stored at premises controlled by Facebook, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____September 4, 2018____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the Honorable David P. Rush____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____8/21/18 at 9:43 a.m.____   ____[signature]____
                                                                                    *Judge's signature*

City and state: ____Springfield, Missouri____   ____David P. Rush____
                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 18-SW-2062-DPR | Date and time warrant executed: 08-21-2018 1721 HOURS | Copy of warrant, and inventory left with: FACEBOOK |
| Inventory made in the presence of: S/A JAMES PATTERSON | | |
| Inventory of the property taken and name of any person(s) seized: ALL FACEBOOK RECORDS ASSOCIATED WITH USER ID 100003002292006 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01-02-2019

*Executing officer's signature*

BRIAN J. FOX, S/A, ATF
*Printed name and title*